AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 19, 2023**

SEAN F. McAVOY, CLERK

PHILLIP R.,

    *Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    *Defendant*

Civil Action No. 4:22-CV-05151-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Opening Brief (ECF No. 12) and Reply Brief, ECF No. 17, are GRANTED.
Commissioner's Response Brief, ECF No. 16, is DENIED.
Decision of the Commissioner is REVERSED and REMANDED for an immediate award of benefits.
Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on motions for summary judgment.

Date: 07/19/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates